

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kdvlaw.com

Erika Rosenblum, Esq.
ERosenblum@kaufmandolowich.com

May 7, 2025

**VIA ECF ONLY**
Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

      Re:    **Alfred Trippett v. Irving Farm Coffee Co., Inc.
            Case No.: 1:25-cv-00269**

Dear Judge Parker:

      This firm represents the Defendant, IRVING FARM COFFEE CO., INC. ("Defendant") in the above-referenced action.

      We are pleased to report that the parties have reached an agreement in principle to resolve this matter. As a result, the parties respectfully request that the conference scheduled for this afternoon at 4 p.m. be adjourned and all deadlines held in abeyance *sine die* to enable the parties time to complete the necessary settlement paperwork and fully consummate the settlement, which the parties anticipate will take approximately 45 days.

      We thank Your Honor for all courtesies extended. Please do not hesitate to contact me with any questions.

      Respectfully submitted,
Kaufman Dolowich LLP

Erika H. Rosenblum

Cc:    All Counsel of Record (*via* ECF)