USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALFRED TRIPPETT,

                         Plaintiff,

     -against-

IRVING FARM COFFEE CO., INC.,

                        Defendant.
------------------------------------------------------------------X

**ORDER ADJOURNING TELEPHONE CONFERENCE**

**25-CV-269 (JPO)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    In light of the parties' representation that they have settled this matter, the Pre-settlement Telephone Conference previously scheduled for **May 7, 2025** is hereby adjourned *sine die*.

    SO ORDERED.

Dated: May 7, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge