UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ALFRED TRIPPETT, on behalf of
himself and all others similarly situated,                    Case No.: 1:25-cv-269

                         Plaintiff,           **STIPULATION OF**
-against-                                                           **DISMISSAL**

IRVING FARM COFFEE CO., INC.,

                         Defendant.
-----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the action be dismissed with prejudice against all parties, without costs to any party as against the other, and this stipulation may be filed without further notice with the Clerk of Court.

**IT IS FURTHER STIPULATED AND AGREED,** Defendant is committed to improving the accessibility of its Website: https://www.irvingfarm.com. Defendant shall endeavor to bring the Website into substantial compliance with the DOJ's Guidance on Web Accessibility and the ADA, issued on March 18, 2022 (the "DOJ's Guidance"), by June 30, 2026.

**IT IS FURTHER STIPULATED AND AGREED,** that, notwithstanding anything contained herein, the Website shall be permitted to link to web content owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals with disabilities. The term "Third-Party Content" refers to web content that is not developed, owned, or operated by Defendant. The Parties agree Defendant is not responsible for the accessibility of such Third-Party Content.

| | |
|---|---|
| Dated: Woodbury, New York<br>       7/2, 2025 | Dated: Manhasset, New York<br>       7/2, 2025 |
| KAUFMAN DOLOWICH LLP<br>*Attorneys for Defendant* | GABRIEL A. LEVY, P.C.<br>*Attorneys for Plaintiff* |
| _____<br>Jennifer E. Sherven, Esq.<br>Erika H. Rosenblum, Esq.<br>135 Crossways Park Dr., Ste. 201<br>Woodbury, NY 11797<br>(516) 681-1100 | _____<br>Gabriel A. Levy Esq.<br>1129 Northern Blvd., Ste. 404<br>Manhasset, NY 11030<br>(347) 941-4715 |